**Appeal Dismissed and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00305-CV

## JERLENE BATISTE, Appellant

## V.

## CARLA ARMAUND; KINGWOOD PINES HOSPITAL, LLC; RAYMOND BATISTE; AND JERRI SETHNA, MD, Appellees

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1153306-102**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 21, 2021. The notice of appeal was filed June 2, 2021.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that the appellant did not make arrangements to pay for the record. On July 27, 2021, the court notified all parties of the court's

intention to dismiss the appeal for want of prosecution unless, within fifteen days, the appellant made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.